No. 85–6637. LEAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6646. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6653. RUSSO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6654. MARRA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6680. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6693. COVINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6704. WEICHERT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6715. HELMY v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–6732. HANKINS v. WICKER. C. A. 3d Cir. Certiorari denied.

No. 85–6752. BREWER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6762. BROWN v. ANDERSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6768. RAMIREZ v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–6769. MCNEAIR v. GEORGETOWN UNIVERSITY HOSPITAL. C. A. D. C. Cir. Certiorari denied.

No. 85–6777. HAYES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 85–6778. PORTER v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 85–6781. AHMAD v. REDMAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.